John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**THE SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel:  (415) 561-9600
Fax: (415) 561-9609

E-Filing

FILED
07 MAY 15 PM 2:30 ORIGINAL
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff,
CLIFFORD COOK

THE SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRB

CLIFFORD COOK,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,
ANTONIO FLORES, DON SLOAN,
MARSHA ASHE,  and DOES 1-50, inclusive

Defendants.

Case No.: **C 07 2569**

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

(Title VII, 42 U.S.C. § 2000e; 42 U.S.C. § 1983)

JURY TRIAL DEMANDED

Plaintiff, CLIFFORD COOK, and for a cause of action against defendants, and each of them, allege as follows:

**JURISDICTION**

1.    This action arises under 42 U.S.C. § 2000e *et seq.,* 42 U.S.C. § 1983 and pendent claim under Cal. Gov. Code §§ 12940, *et seq.*  Jurisdiction is conferred by virtue of 28 U.S.C. §§ 1331 and 1343.

2.    The conduct alleged herein occurred in the City and County of San Francisco. Venue of this action lies in the United States District Court for the Northern District of California.

**PARTIES**

3.    Plaintiff, CLIFFORD COOK, is an African-American employee of the San Francisco Police Department for the City and County of San Francisco.

- 1 -

1

2      4.      Defendant, City and County of San Francisco, is a municipal corporation

3  organized under the laws of the State of California.

4      5.      Defendants Antonio Flores, Don Sloan, and Martha Ashe are all

5  employees of the San Francisco Police Department and the City and County of San Francisco.

6  In doing the acts and admissions alleged herein each was acting within the course and scope of

7  his or her employment and acting under color of state law.

8      6.      Plaintiff is ignorant of the true names and capacities, whether individual,

9  corporate or otherwise of DOES 1 through 25 herein, and prays leave of Court to insert the true

10  names and capacities of such Defendants when they become known or ascertained together with

11  appropriate charging allegations.

12      7.      In doing the acts or omissions complained of Defendants, their agents and

13  employees, acted or failed to act in concert and/or with the authorization and knowledge of each

14  

15  other.

16                          **STATEMENT OF FACTS**

17      8.      On the night of July 19, 2005, plaintiff, CLIFFORD COOK, got into a

18  verbal argument with his wife, Lisa Cook, at their home in San Francisco. Plaintiff's wife

19  

20  (a Caucasian female) assaulted the plaintiff while under the influence of alcohol. In order

21  to defuse the situation, the plaintiff escorted his wife out of the house. Plaintiff's wife left

22  without further incident.

23  

24      9.      Approximately one-week later, plaintiff's wife contacted the San Francisco

25  Police Department and alleged that she had been a victim of domestic violence on July 19,

26  2005. The plaintiff has information and believes that his wife was interviewed by

27  

28  

- 2 -

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

THE SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

1    Inspector Antonio Flores and Lieutenant Don Sloan. Plaintiff has information and

2    believes that the investigators obtained no corroborating evidence.

3

4    10.    Contrary to policies and practices of the San Francisco Police Department

5    regarding domestic violence investigations, Captain Marsha Ashe and Lieutenant Don

6    Sloan arrested the plaintiff without a warrant, and without first interviewing him. The

7    plaintiff has information and believes that his arrest occurred with knowledge by the

8    defendants that the District Attorney's Office declined to prosecute the case based on the
9
10   evidence presented.

11   11.    The plaintiff further alleges that had Captain Ashe and Lieutenant Sloan

12   followed Department policies and practices, they would have interviewed plaintiff and

13   learned that there was no probable cause for the arrest and that no circumstances existed

14   to arrest him without a warrant. The plaintiff further alleges that he was treated
15
16   differently from other police officers and City officials because he is an African-American

17   man married to a Caucasian woman. The plaintiff further alleges that if he were
18
19   Caucasian he would not have been arrested and immediately suspended without pay.

20   12.    Contrary to Department customs and policies, and without a hearing before

21   the Police Commission, the plaintiff was suspended from his position without pay for 60

22   days beginning on July 27, 2005. The plaintiff continues to be employed on a restricted
23
24   basis as an Inspector, which means that he is not eligible for over-time outside of his

25   assignment. Prior to this arrest and suspension, the plaintiff had been earning overtime

26   pay for work outside of his assignment.

27

28

- 3 -

THE SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

13.    On or about April 12, 2006, the plaintiff made a complaint of discrimination to the EEOC and the California Department of Fair Employment and Housing.  Plaintiff received a right to sue letter from the Department of Fair Employment and Housing on April 12, 2006. The plaintiff received a notice of right to sue from the EEOC on February 22, 2007.

## DAMAGES

14.    As a result of the acts and omissions of alleged herein, the plaintiff has sustained and will continue to sustain substantial losses of earnings, promotions, bonuses and benefits.  In addition, plaintiff has suffered and will continue to suffer damage to his career and reputation in an amount to be determined according to proof.

15.    As a further result of the acts and omissions alleged herein, plaintiff has suffered and continues to suffer humiliation, anxiety, embarrassment, and emotional distress in an amount to be determined according to proof.

16.    Plaintiff was required to retain counsel and is entitled to reasonable attorneys' fees should he prevail in this action.

17.    The acts and/or omissions of the individual Defendants, and each of them, as alleged in this Complaint, were willful, reckless, malicious, oppressive and/or done with a conscious or reckless disregard for the constitutional rights of the plaintiff.  Plaintiff therefore prays for an award of punitive and exemplary damages according to proof.

### FIRST CAUSE OF ACTION
(Title VII 42 U.S.C. 2000e *et seq.*)

18.    Plaintiff hereby re-alleges and incorporates by reference as though fully set forth herein all prior paragraphs of this Complaint.

//

//

- 4 -

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

THE SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

1    19.    At all times herein mentioned, Title VII, 42 U.S.C. section 2000e *et*

2  *seq.* was in full force and effect and was binding upon the defendant, City and County of San

3  Francisco. Said sections prohibited the Defendant employer from discriminating against its

4  employees based on race.

5    20.    Defendant, City and County of San Francisco, by and through the acts and

6  omissions alleged herein, discriminated against the plaintiff because of his race.  The

7  discrimination was a motivating factor in causing injuries and damages to the plaintiff.

8    WHEREFORE, plaintiff prays for relief as set forth herein.

## SECOND CAUSE OF ACTION
(42 U.S.C. § 1983)

21.    Plaintiff hereby re-alleges and incorporates by reference as though fully set forth

herein all prior paragraphs of this Complaint.

22.    In doing the acts and/or omissions alleged herein, Defendants City and County of

San Francisco, Antonio Flores, Don Sloan, Martha Ashe and Does 1 - 25, and each of them, acted

under color of authority and/or under color of law to deprive the plaintiff of his rights under the

United States Constitution including but not limited to his right to equal protection and due

process as guaranteed by the Fourteenth Amendment.  The conduct was authorized and ratified by

final decision makers for the City and County of San Francisco.

23.    As a result of said defendants acts and omissions the plaintiff was injured and

damaged as alleged herein.

WHEREFORE, Plaintiff prays for relief as set forth herein.

## THIRD CAUSE OF ACTION
(Gov't Code § 12940 *et seq.*)

24.    Plaintiff hereby re-alleges and incorporates by reference as though fully set forth

herein all prior paragraphs of this Complaint.

THE SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

- 5 -

1    25.    At all times relevant, Government Code § 12940 was in effect prohibiting

2    discrimination based on race.

3    26.    In doing the acts and omissions alleged herein, the City and County of San

4    Francisco discriminated against the plaintiff in violation of the Fair Employment & Housing Act.

5    The discrimination alleged herein was a motivating factor in causing injuries and damages to the

6    plaintiff.

7    WHEREFORE, plaintiff prays for relief as set forth herein.

8    ## JURY DEMAND

9    27.    Plaintiff hereby demands a jury trial on all issues so triable.

10    ## PRAYER FOR RELIEF

11    The plaintiff prays for relief as follows:

12    1.    For compensatory damages and other economic damages according to proof;

13    2.    For general damages according to proof;

14    3.    For an award of prejudgment interest at the legal rate according to proof;

15    4.    For an award of punitive damages against the individual named defendants;

16    5.    For an award of attorney's fees and costs;

17    6.    For appropriate injunctive relief designed to remedy the unlawful practices alleged

18    herein; and

19    7.    For such other and further relief as the Court may deem necessary and appropriate.

20

21

22    **DATED:** May /7, 2007                    **THE SCOTT LAW FIRM**

23

24                                    By: _____

25                                    JOHN HOUSTON SCOTT
                                    Attorney for Plaintiff

26

27

28

- 6 -

THE SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109