# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD COOK

E-filing

## SUMMONS IN A CIVIL CASE

V.

CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive

CASE NUMBER: C 07 2569 CRB

TO: (Name and address of defendant)

City and County of San Francisco
City Hall
1 Dr. Carlton B. Goodlett Place, Room 244
San Francisco, Ca 94102

Antonio Flores, Don Sloan and Marsha Ashe
Hall of Justice City Hall
850 Bryant Street Rm 549
San Francisco, CA 94103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Scott
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAY 1 5 2007

BY) DEPUTY CLERK

NDCA0440

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE July 30, 2007 |
| Name of SERVER (PRINT) W. R. Bignall, SF #136 | TITLE California Registered Process Server |

*Check one box below to indicate appropriate method of service*

**X** Served Personally upon the Defendant. Place where served: City Hall, Room 200, Office of the Mayor, 1 Dr. Carlton B. Goodlett Place, San Francisco, California

___ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left
> Armina Brown, Mayor's Office Manager @ 12:00 pm o/b/o
> City and County of San Francisco

___ Returned unexecuted:

___ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $85.00 | TOTAL $85.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 30, 2007
Date

Signature of Server  W. R. Bignall, SF#136
DO PROCESS, INC.
2215-R Market Street

Address of Server
San Francisco, CA  94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.