1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3930
   Facsimile:    (415) 554-4248
7
   Attorneys For Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
   CLIFFORD COOK,                          Case No. C 07 2569 CRB
12
             Plaintiff,                    **STIPULATION AND [PROPOSED]**
13                                          **ORDER TO VACATE MAY 15, 2007**
                                            **ORDER SETTING INITIAL CASE**
14        vs.                               **MANAGEMENT CONFERENCE AND**
                                            **ADR DEADLINES AND TO ISSUE**
15 CITY AND COUNTY OF SAN                   **NEW ORDER RESETTING ALL**
   FRANCISCO, ANTONIO FLORES,               **DEADLINES**
16 DON SLOAN, MARSHA ASHE, and
   DOES 1-50, inclusive,                    Trial Date:         None set
17                                          Date Action Filed:  May 15, 2007
             Defendants.
18
19
20
21
22
23
24
25
26
27
28
   **STIP / PROP ORDER VACATING 5/15/07 ORDER**              n:\labor\shared\cookstip.doc
   **CASE NO. C 07 2569 CRB**

1    Plaintiff Clifford Cook and Defendant City and County of San Francisco (the "Parties")

2  hereby stipulate and respectfully request that the Court vacate the May 15, 2007 Order Setting Initial

3  Case Management Conference and ADR Deadlines, and issue a new Order continuing all those

4  deadlines.  Good cause exists for the Court to vacate the Order and issue a new order for the

5  following reasons:

6    First, the Complaint was filed on May 15, 2007.  However, the Summons, Complaint, and

7  accompanying papers were not served on the City until July 30, 3007.  The City has not responded to

8  the Complaint.

9    Second, on May 15, 2007, the Court issued an Order Setting Initial Case Management

10  Conference and ADR Deadlines.  According to the Order, the last day for the Parties to meet and

11  confer regarding initial disclosures, early settlement, ADR process, and discovery plan; and to file a

12  joint ADR certification is August 3.  Given the delayed service of the Summons and Complaint, and

13  the fact that no responsive pleading has been filed, the Parties cannot engage in a meaningful meet

14  and confer regarding discovery and ADR.  Therefore, the Parties will be unable to meet this deadline.

15    For the above reasons, the Parties agree that all the deadlines set forth in the May 15 Order

16  should be continued.  Accordingly, the Parties hereby jointly and respectfully request that the Court:

17    (1)    Vacate the May 15, 2007 Order Setting Initial Case Management Conference and

18  ADR Deadlines in its entirety; and

19    (2)    Issue a new order continuing all the deadlines from the date of the newly issued order.

20  Dated:                                    Respectfully submitted,

21                                              DENNIS J. HERRERA
                                              City Attorney
22                                              ELIZABETH S. SALVESON
                                              Chief Labor Attorney
23                                              MARGARET W. BAUMGARTNER
                                              ADELMISE ROSEMÉ WARNER
24                                              Deputy City Attorneys

25
                                              By:_____/S/_____
26                                              ADELMISE ROSEMÉ WARNER

27                                              Attorneys for Defendant
28                                              CITY AND COUNTY OF SAN FRANCISCO

**STIP / PROP ORDER VACATING 5/15/07 ORDER**      1                    n:\labor\shared\cookstip.doc
**CASE NO. C 07 2569 CRB**

1    Dated:                                   THE SCOTT LAW FIRM

2

3                                             By:_____/S/_____
                                                      LIZABETH DEVRIES
4

5                                             Attorney for Plaintiff
                                              CLIFFORD COOK
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIP / PROP ORDER VACATING 5/15/07 ORDER**     2                    n:\labor\shared\cookstip.doc
**CASE NO. C 07 2569 CRB**

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1.      The May 15, 2007 Order Setting Initial Case Management Conference and ADR Deadlines is hereby **VACATED** in its entirety;

2.      The Court will issue a new Order Setting Initial Case Management Conference and ADR Deadlines; and

3.      Plaintiff is to serve copies of the new Order, when issued, on all Defendants.


Dated:_____            _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE