# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD COOK



V.

CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 2569 CRB

TO: (Name and address of defendant)

City and County of San Francisco
City Hall
1 Dr. Carlton B. Goodlett Place, Room 244
San Francisco, Ca 94102

Antonio Flores, Don Sloan and Marsha Ashe
Hall of JusticeCity Hall
850 Bryant Street Rm 549
San Francisco, CA 94103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John H. Scott
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

_____
(BY) DEPUTY CLERK

DATE  MAY 1 5 2007

NDCA0440

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | August 1, 2007 |
| Name of SERVER (PRINT) | TITLE |
| W. R. Bignall, SF #136 | California Registered Process Server |

*Check one box below to indicate appropriate method of service*

__X__ Served Personally upon the Defendant. Place where served: Juvenile Police Division, 17th Street and Valencia, San Francisco, California

place of employment

__X__ Left copies thereof at the defendant's ~~dwelling house or usual place of abode~~ with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

Jane Doe, Receptionist @ SFPD, Juvenile Division where Marsha Ashe is C.O.

___ Returned unexecuted:

3 attempts were made    7/30/31, 7/31/07 and 8/1/07

___ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 3x $85.00 = $255 | $255.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 1, 2007
       Date

Signature of Server    W. R. Bignall, SF#136
DO PROCESS, INC.
2215-R Market Street
Address of Server
San Francisco, CA  94114
(415) 541-8585

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.