```
1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3930
   Facsimile:    (415) 554-4248
7
   Attorneys For Defendant
8  CITY AND COUNTY OF SAN FRANCISCO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 07 2569 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE MAY 15, 2007 ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND TO ISSUE NEW ORDER RESETTING ALL DEADLINES**<br><br>Trial Date:    None set<br>Date Action Filed:    May 15, 2007 |

1 | Plaintiff Clifford Cook and Defendant City and County of San Francisco (the "Parties")
2 | hereby stipulate and respectfully request that the Court vacate the May 15, 2007 Order Setting Initial
3 | Case Management Conference and ADR Deadlines, and issue a new Order continuing all those
4 | deadlines. Good cause exists for the Court to vacate the Order and issue a new order for the
5 | following reasons:
6 | First, the Complaint was filed on May 15, 2007. However, the Summons, Complaint, and
7 | accompanying papers were not served on the City until July 30, 3007. The City has not responded to
8 | the Complaint.
9 | Second, on May 15, 2007, the Court issued an Order Setting Initial Case Management
10 | Conference and ADR Deadlines. According to the Order, the last day for the Parties to meet and
11 | confer regarding initial disclosures, early settlement, ADR process, and discovery plan; and to file a
12 | joint ADR certification is August 3. Given the delayed service of the Summons and Complaint, and
13 | the fact that no responsive pleading has been filed, the Parties cannot engage in a meaningful meet
14 | and confer regarding discovery and ADR. Therefore, the Parties will be unable to meet this deadline.
15 | For the above reasons, the Parties agree that all the deadlines set forth in the May 15 Order
16 | should be continued. Accordingly, the Parties hereby jointly and respectfully request that the Court:
17 | (1) Vacate the May 15, 2007 Order Setting Initial Case Management Conference and
18 | ADR Deadlines in its entirety; and
19 | (2) Issue a new order continuing all the deadlines from the date of the newly issued order.
20 | Dated:                                            Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys

By:_____/S/_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

STIP / PROP ORDER VACATING 5/15/07 ORDER        1                    n:\labor\shared\cookstip.doc
CASE NO. C 07 2569 CRB

1  Dated:                                    THE SCOTT LAW FIRM

3                                            By:_____/S/_____
                                                  LIZABETH DEVRIES

                                            Attorney for Plaintiff
                                            CLIFFORD COOK

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The May 15, 2007 Order Setting Initial Case Management Conference and ADR Deadlines is hereby **VACATED** in its entirety;

2. The Court will issue a new Order Setting Initial Case Management Conference and ADR Deadlines; and

3. Plaintiff is to serve copies of the new Order, when issued, on all Defendants.

Dated: August 8, 2007

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

