| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788 |
| | Chief Labor Team |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
| | ADELMISE WARNER, State Bar #215385 |
| 4 | Deputy City Attorneys |
| | Fox Plaza |
| 5 | 1390 Market Street, Floor No. 5 |
| | San Francisco, California 94102-5408 |
| 6 | Telephone:    (415) 554-3930 |
| | Facsimile:    (415) 554-4248 |
| 7 | |
| | Attorneys For Defendant |
| 8 | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD COOK, | | Case No. C 07 2569 CRB |
| | Plaintiff, | **STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |
| vs. | | |
| CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive, | | [Local Rule 6-1(a)] |
| | | Trial Date:         None set |
| | | Date Action Filed:  May 15, 2007 |
| | Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND
CASE NO. C 07 2569 CRB

n:\labor\li2007\080165\00430242.doc

1 | Pursuant to Local Rule 6.1(a), the parties to the above-captioned action hereby stipulate to extend the time for all defendants who have been served as of the date of this stipulation to answer or otherwise respond to the complaint up to, and including, Thursday, September 19, 2007.

Dated: August 15, 2007

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys

By: _____/S/_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: August 15, 2007

THE SCOTT LAW FIRM

By: _____/S/_____
LIZABETH DE VRIES

Attorney for Plaintiff
CLIFFORD COOK

STIPULATION TO EXTEND TIME TO RESPOND    1
CASE NO. C 07 2569 CRB

n:\labor\li2007\080165\00430242.doc