| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
| | City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788 |
| | Chief Labor Team |
| 3 | MARGARET W. BAUMGARTNER, State Bar #151762 |
| | ADELMISE WARNER, State Bar #215385 |
| 4 | Deputy City Attorneys |
| | Fox Plaza |
| 5 | 1390 Market Street, Floor No. 5 |
| | San Francisco, California 94102-5408 |
| 6 | Telephone: (415) 554-3930 |
| | Facsimile: (415) 554-4248 |
| 7 | |
| | Attorneys For Defendant |
| 8 | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK, | Case No. C 07 2569 CRB |
| Plaintiff, | **STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive, | [Local Rule 6-1(a)] |
| | Trial Date: None set |
| | Date Action Filed: May 15, 2007 |
| Defendants. | |

STIPULATION TO EXTEND TIME TO RESPOND
CASE NO. C 07 2569 CRB

n:\labor\li2007\080165\00430242.doc

1  Pursuant to Local Rule 6.1(a), the parties to the above-captioned action hereby stipulate to
2  extend the time for all defendants who have been served as of the date of this stipulation to answer or
3  otherwise respond to the complaint up to, and including, Thursday, September 19, 2007.

4

5  Dated: August 15, 2007                    Respectfully submitted,

6                                            DENNIS J. HERRERA
                                             City Attorney
7                                            ELIZABETH S. SALVESON
                                             Chief Labor Attorney
8                                            MARGARET W. BAUMGARTNER
                                             ADELMISE ROSEMÉ WARNER
9                                            Deputy City Attorneys

10                                           By:_____/S/_____
11                                           ADELMISE ROSEMÉ WARNER

12                                           Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO
13
14 Dated: August 15, 2007                    THE SCOTT LAW FIRM

15
                                             By:_____/S/_____
16                                           LIZABETH DE VRIES

17                                           Attorney for Plaintiff
                                             CLIFFORD COOK
18

**IT IS SO ORDERED**
Judge Charles R. Breyer
08/17/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME TO RESPOND     1                    n:\labor\li2007\080165\00430242.doc
CASE NO. C 07 2569 CRB