DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
MARGARET W. BAUMGARTNER, State Bar #151762
ADELMISE WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:     (415) 554-3930
Facsimile:     (415) 554-4248

Attorneys For Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. C 07 2569 CRB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**NOTICE OF UNAVAILABILITY**
**CASE NO. C 07 2569 CRB**

n:\labor\li2007\080165\00431982.doc

1  TO THE CLERK OF THE COURT, PLAINTIFF AND PLAINTIFF'S ATTORNEY
2  OF RECORD:
3     PLEASE TAKE NOTICE that counsel for the City and County of San Francisco will be
4  out of the office and unavailable from **August 27, 2007 through September 3, 2007**. Counsel will
5  return to the office on September 4, 2007. From August 27, 2007 through September 3, 2007,
6  counsel will be unavailable for any purpose, including but not limited to receiving notices of any
7  kind and appearing in Court.

9  Dated: August 16, 2007              DENNIS J. HERRERA
10                                     City Attorney
11                                     ELIZABETH SALVESON
                                       Chief Labor Attorney
12                                     MARGARET W. BAUMGARTNER
                                       ADELMISE ROSEMÉ WARNER
13                                     Deputy City Attorneys

14                                     By:  s:/Adelmise Rosemé Warner
                                       ADELMISE ROSEMÉ WARNER
15                                     Attorneys for Defendant
                                       CITY AND COUNTY OF SAN FRANCISCO

28                                     1

NOTICE OF UNAVAILABILITY                            n:\labor\li2007\080165\00431982.doc
CASE NO. C 07 2569 CRB