1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3930
   Facsimile:    (415) 554-4248
7
   Attorneys For Defendants
8  CITY AND COUNTY OF SAN FRANCISCO ET AL.

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. C 07 2569 CRB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS , OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Date:  Oct. 26, 2007<br>Time:  10:00 a.m.<br>Place: Crtm. 8, 19th Fl.<br><br>Date action filed:  May 15, 2007<br>Trial date:  None set |

1  Defendants hereby request that the Court take judicial notice of the following pursuant to
2  Federal Rule of Evidence 352:
3  A.  Attached hereto as Exhibit A is a true and correct copy of the complaint filed by plaintiff
4  Clifford Cook in San Francisco Superior Court, Case No. 462280.
5  B.  Attached hereto as Exhibit B is a true and correct copy of San Francisco Charter Section
6  A8.344.
7  C.  Attached hereto as Ehibit C is a true and correct copy of the San Francisco Police
8  Department General Order No. 2.07, adopted by the San Francisco Police Commission in 1994.

Dated:  September 19, 2007

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys

By: _____/s/_____
MARGARET W. BAUMGARTNER
Attorneys for Defendants CITY AND
COUNTY OF SAN FRANCISCO et al.