**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **October 12, 2007**

**C-07-02569CRB**

**CLIFFORD COOK** v. **CITY AND COUNTY OF SAN FRANCISCO**

| Attorneys: | John Scott | Margaret Baumgartner |
|---|---|---|

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **N/A**

**PROCEEDINGS:**                                                                 **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**

No ENE to take place

( ) ORDER TO BE PREPARED BY:   Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____                      Expert Discovery Cut-Off _____
Plntf to Name Experts by _____            Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: _____