<u>CIVIL MINUTES</u>

**Judge CHARLES R. BREYER**

Date: <u>**October 26, 2007**</u>

<u>C-07-02569</u> **CRB**

 <u>CLIFFORD COOK</u>  v. <u>CITY AND COUNTY OF SAN FRANCISCO</u>

Attorneys:     <u>Lizabeth N. De Vries          </u>                <u> Margaret Baumgartner     </u>

              _____          _____

Deputy Clerk: **BARBARA ESPINOZA        **        Reporter:  <u>**Sahar McVickar**   </u>
<u>PROCEEDINGS:</u>                                                       <u>RULING:</u>

1. <u> D's Motion to Dismiss                                        </u>          <u> Granted in part/</u>
                                                                           <u> Denied in part   </u>

2. <u>                                                        </u>                <u>           </u>

3. <u>                                                        </u>                <u>           </u>

<u>ORDERED AFTER HEARING:</u>

<u> The 1983 claim granted in part/denied in part, equal protection claims are denied, due process granted </u>

<u>without leave to amend , Monell claim is granted with leave to amend and the FEA claim is denied pending </u>

<u>resolution of the Title VII claim.  The defendant to take plaintiff's deposition not to exceed 4 hours with the </u>

<u>right to further deposition if the matter goes forward, plaintiff's discovery is limited to the 56f motion.     </u>

(  ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

(X) Motion for Summary Judgment filed on or before:  <u> January 18, 2008                        </u>

(X) CASE CONTINUED TO <u>February 22, 2008 @ 10:00 a.m.</u> for  <u>Motion                        </u>

Discovery Cut-Off _____      Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____
P/T Conference Date _____  Trial Date _____  Set for _____ days
                    Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____