JOHN HOUSTON SCOTT (SBN 72578)
LIZABETH N. de VRIES (SBN 227215)
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, California 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CLIFFORD COOK, | Case No.: C 07-02569 CRB |
|---|---|
| Plaintiff, | NOTICE OF UNAVAILABILITY |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive | |
| Defendants. | |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on the following dates, John H. Scott and Lizabeth N. de Vries, attorneys for plaintiff CLIFFORD COOK will be out of the office and unavailable for any purpose whatsoever, including but not limited to receiving notices of any kind, appearing in court, responding to ex parte applications, or attending depositions:

**Commencing December 21, 2007 and ending January 2, 2008.**

It is requested that all issues arising during our absence be deferred until we return. This notice is given pursuant to the case of *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th

1

299, regarding the availability of sanctions for purposefully scheduling a conflicting proceeding without good cause. Purposeful scheduling of a conflicting proceeding without good cause during the period of notice is sanctionable conduct pursuant to the *Tenderloin* case.

DATED: October 51, 2007

SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT