IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK, | No. C 07-02569 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| SAN FRANCISCO CITY AND COUNTY, et al., | |
| Defendants. | |

The Court is in receipt of a November 13, 2007 letter from plaintiff's counsel. If plaintiff believes he has not had the opportunity to conduct discovery necessary to defeat defendants' proposed motion for summary judgment, plaintiff may file a Rule 56(f) affidavit. The Court encourages defendants to cooperate with plaintiff in the conduct of discovery in order to avoid a Rule 56(f) delay.

**IT IS SO ORDERED.**

Dated: November 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2569\orderreletter1.wpd