1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Floor No. 5
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3859
6  Facsimile:    (415) 554-4248

7  Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  CLIFFORD COOK,                    Case No. C 07 2569 CRB

12            Plaintiff,              **STIPULATION TO ENLARGE TIME**
                                      **FOR DEFENDANTS TO RESPOND TO**
13       vs.                          **COMPLAINT**

14  CITY AND COUNTY OF SAN            [Local Rule 6-1(a)]
    FRANCISCO, ANTONIO FLORES,
15  DON SLOAN, MARSHA ASHE, and       Trial Date:       None set
    DOES 1-50, inclusive,            Date Action Filed:  May 15, 2007
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

**STIP EXTEND TIME/ 1ST AMD COMP**                    n:\labor\li2007\080165\00455541.doc
**CASE NO. C 07 2569 CRB**

1       Pursuant to Local Rule 6.1(a), the parties to the above-captioned action hereby stipulate to

2  extend the time for all defendants who have been served as of the date of this stipulation to answer or

3  otherwise respond to the complaint up to, and including, Friday, January 18, 2008. The parties also

4  agree that the motion for summary judgment that the City intends to file on that day shall serve as the

5  response to the First Amended Complaint, filed on December 11, 2007.

6

7  Dated: December 17, 2007                Respectfully submitted,

8                                 DENNIS J. HERRERA
                                 City Attorney

9                                 ELIZABETH S. SALVESON
                                 Chief Labor Attorney

10                                MARGARET W. BAUMGARTNER
                               Deputy City Attorney

11

12                             By: _____

13                                 MARGARET W. BAUMGARTNER

14                                 Attorneys for Defendant
                                 CITY AND COUNTY OF SAN FRANCISCO

15

16  Dated: December 17, 2007                THE SCOTT LAW FIRM

17

18                             By: _____

19                                   JOHN HOUSTON SCOTT

20                                Attorney for Plaintiff
                                 CLIFFORD COOK

21

22

23

24

25

26

27

28

STIP EXTEND TIME/ 1ST AMD COMP          1                      n:\labor\li2007\080165\00455541.doc
CASE NO. C 07 2569 CRB