1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, Floor No. 5
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3859
6  Facsimile:    (415) 554-4248

7  Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | CLIFFORD COOK,                        | Case No. C 07 2569 CRB
12 |         Plaintiff,                    | STIPULATION TO ENLARGE TIME
   |                                       | FOR DEFENDANTS TO RESPOND TO
13 |    vs.                                | COMPLAINT
14 | CITY AND COUNTY OF SAN                | [Local Rule 6-1(a)]
   | FRANCISCO, ANTONIO FLORES,
15 | DON SLOAN, MARSHA ASHE, and           | Trial Date:         None set
   | DOES 1-50, inclusive,                 | Date Action Filed:  May 15, 2007
16 |
   |         Defendants.
17

STIP EXTEND TIME/ 1ST AMD COMP                       n:\labor\li2007\080165\00455541.doc
CASE NO. C 07 2569 CRB

Pursuant to Local Rule 6.1(a), the parties to the above-captioned action hereby stipulate to extend the time for all defendants who have been served as of the date of this stipulation to answer or otherwise respond to the complaint up to, and including, Friday, January 18, 2008. The parties also agree that the motion for summary judgment that the City intends to file on that day shall serve as the response to the First Amended Complaint, filed on December 11, 2007.

Dated: December 17, 2007

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorney

By: _____
MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: December 17, 2007

THE SCOTT LAW FIRM

By: _____
JOHN HOUSTON SCOTT

Attorney for Plaintiff
CLIFFORD COOK

December 26, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP EXTEND TIME/ 1ST AMD COMP
CASE NO. C 07 2569 CRB

1

n:\labor\li2007\080165\00455541.doc