1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3930
   Facsimile:     (415) 554-4248
7

8  Attorneys For Defendant
   CITY AND COUNTY OF SAN FRANCISCO

9

                  UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12  CLIFFORD COOK,                        Case No. C 07 2569 CRB

13          Plaintiff,                    **STIPULATION AND ORDER TO
                                          VACATE REFERRAL OF MATTER
13      vs.                               TO ENE**

14  CITY AND COUNTY OF SAN
15  FRANCISCO, ANTONIO FLORES,
    DON SLOAN, MARSHA ASHE, and           Trial Date:          None set
16  DOES 1-50, inclusive,                 Date Action Filed:   May 15, 2007

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION/ORDER TO REMOVE CASE**                    n:\labor\li2007\080165\00430242.doc
**FROM ENE CASE NO. C 07 2569 CRB**

1    The parties initially agreed to an Early Nuetral Evaluation of this matter.  After discussion

2  with the court, the court and the parties agreed that engaging in an ENE at this time would not be

3  productive.  On October 12, 2007, the court ordered that "no ENE shall be held."  The parties

4  therefore hereby STIPULATE that the order referring this matter to ENE shall be vacated.

5    SO STIPULATED.

6

7  Dated:  January 23, 2008                    Respectfully submitted,

8                                              DENNIS J. HERRERA
                                               City Attorney
9                                              ELIZABETH S. SALVESON
                                               Chief Labor Attorney
10                                             MARGARET W. BAUMGARTNER
                                               Deputy City Attorneys
11

12                                             By:_____/S/_____
                                               MARGARET W. BAUMGARTNER
13

14                                             Attorneys for Defendant
                                               CITY AND COUNTY OF SAN FRANCISCO
15  Dated: January 23, 2008                    THE SCOTT LAW FIRM

16

17                                             By:_____/S/_____
                                                   JOHN H. SCOTT
18

19                                             Attorney for Plaintiff
                                               CLIFFORD COOK
20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

The order referring this case to an Early Neutral Evaluation is hereby VACATED.  The court and the parties shall discuss an alternative dispute resolution procedure at a later time.

Dated:_____    _____
                                                            HON. CHARLES R. BREYER
                                                            UNITED STATES DISTRICT JUDGE