1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3930
   Facsimile:    (415) 554-4248
7
   Attorneys For Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLIFFORD COOK,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. C 07 2569 CRB<br><br>**STIPULATION AND ORDER TO VACATE REFERRAL OF MATTER TO ENE**<br><br><br>Trial Date:          None set<br>Date Action Filed:   May 15, 2007 |
|---|---|

**STIPULATION/ORDER TO REMOVE CASE FROM ENE CASE NO. C 07 2569 CRB**

n:\labor\li2007\080165\00430242.doc

The parties initially agreed to an Early Nuetral Evaluation of this matter. After discussion with the court, the court and the parties agreed that engaging in an ENE at this time would not be productive. On October 12, 2007, the court ordered that "no ENE shall be held." The parties therefore hereby STIPULATE that the order referring this matter to ENE shall be vacated.

SO STIPULATED.

Dated: January 23, 2008                    Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
Deputy City Attorneys

By:_____/S/_____
MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 23, 2008                    THE SCOTT LAW FIRM


By:_____/S/_____
    JOHN H. SCOTT

Attorney for Plaintiff
CLIFFORD COOK

**STIPULATION/ORDER TO REMOVE CASE FROM ENE CASE NO. C 07 2569 CRB**         1         n:\labor\li2007\080165\00430242.doc

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

The order referring this case to an Early Neutral Evaluation is hereby VACATED. The court and the parties shall discuss an alternative dispute resolution procedure at a later time.

Dated: January 24, 2008

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

