1  John Houston Scott, SBN 72578
   Lizabeth N. de Vries, SBN 227215
2  **SCOTT LAW FIRM**
   1375 Sutter Street, Suite 222
3  San Francisco, CA 94109
   Tel: (415) 561-9600
4  Fax: (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

6  Attorneys for Plaintiff,
   CLIFFORD COOK

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 CLIFFORD COOK,                        )  Case No.:  C 07-02569 CRB
                                         )
12        Plaintiff,                     )  **DECLARATION OF STEVE JOHNSON
                                         )  IN OPPOSITION TO DEFENDANTS'
13 v.                                    )  MOTION FOR PARTIAL SUMMARY
                                         )  JUDGMENT**
14 CITY AND COUNTY OF SAN FRANCISCO,     )
   ANTONIO FLORES, DON SLOAN,            )  **Date:**  February 22, 2008
15 MARSHA ASHE,  and DOES 1-50, inclusive)  **Time:**  10:00a.m.
                                         )  **Place:**  Courtroom 8, 19th Fl.
16        Defendants.                    )
                                         )
17

18

19      I, Steve Johnson, declare as follows:

20      1.      I was employed by the San Francisco Police Department for thirty years and

21 retired in 2001 as a Commander. For eighteen years I have been a member of the Executive

22 Board of the San Francisco Police Officers Association (POA).  During that time I have also

23 served as a Union Representative for our members. In that capacity I have acted as a police

24 officer representative in hundreds, if not thousands, of cases involving alleged misconduct by

25 POA members, including administrative and criminal matters.

26

27

28

- 1 -

DECL. OF STEVE JOHNSON IN OPPOSITION TO DEFS MOTION FOR PARTIAL S.J.

SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

2.     On or about July 27, 2005, I was summoned to Room 400 at the Hall of Justice to act as a representative on behalf of Inspector Clifford Cook. When I arrived I spoke with Inspector Cook and Captain Kevin Cashman. Inspector Cook explained that he was being falsely accused of domestic violence regarding an incident that had occurred several days earlier. He wanted an opportunity to be interviewed so that he could provide exculpatory evidence. He said that he wanted to provide information so that he could avoid arrest.

3.     I requested that Captain Cashman contact Captain Ashe and Lt. Sloan on behalf of Inspector Cook and request that Inspector Cook be interviewed before making a final decision to arrest him. Capt. Cashman left the room and returned several minutes later. He informed us that they would not agree to interview Inspector Cook.

4.     This is the only time in my career that a police officer under investigation offered to be interviewed and the request was rejected. A basic tenant of police work is to interview suspects whenever possible, whether before or after an arrest. If arrested I knew that Inspector Cook would be represented by an attorney. I anticipated that his attorney would advise him not to talk to investigators.

5.     I have been informed that Inspector Cook was arrested after the District Attorney's office reviewed the case and decided not to prosecute. I have not confirmed this report. If true, this would be the only time, to my knowledge, that a police officer was arrested after the District Attorney decided not to prosecute the case.

6.     I also learned that Inspector Cook was suspended for sixty days soon after his arrest. This is the only time, in my experience, that a police officer was suspended (for more than ten days) before the officer had been criminally prosecuted or administrative charges had been filed with the Police Commission.

DECL. OF STEVE JOHNSON IN OPPOSITION TO DEFS MOTION FOR PARTIAL S.J.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct and that this declaration was executed this 1st day of February 2008,

at San Francisco, California.

Steve Johnson