DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Team
MARGARET W. BAUMGARTNER, State Bar #151762
ADELMISE WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:    (415) 554-3859
Facsimile:    (415) 554-4248

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>                  Plaintiff,<br><br>          vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>                  Defendants. | Case No. C 07 2569 CRB<br><br>**SUPPLEMENTAL DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO MOTION TO CONTINUE**<br><br>Date:  Feb. 22, 2008<br>Time: 10:00 a.m.<br>Place:  Ctrm. 8, 19th Fl.<br><br>Date action filed:<br>Trial date:  None set |

I, Margaret W. Baumgartner, declare:

1.  I am a Deputy City Attorney with the San Francisco City Attorney's Office.  I am the attorney assigned to this matter.  I have personal knowledge of the facts contained herein, except for those facts stated on information and belief, and as to those facts I believe them to be true.  If called upon to testify, I could and would testify competently hereto.

2.  Attached hereto as Exhibit A are pertinent pages from the deposition of plaintiff Clifford Cook.

3.  Attached here as Exhibit B are pertinent pages of the deposition of Captain Marsha Ashe.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  February 8, 2008

/s/ Margaret W. Baumgartner
Margaret W. Baumgartner
Deputy City Attorney

**Supp. Baumgartner Dec. MSJ CASE NO. C 07 2569 CRB**                    n:\labor\li2007\080165\00465194.doc