DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
ADELMISE WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:     (415) 554-3859
Facsimile:      (415) 554-4248

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>          Defendants. | Case No. C 07 2569 CRB<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE UNDER FRCP 56(F) AND GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   Feb. 22, 2008<br>Time:  10:00 a.m.<br>Place:  Ctrm. 8, 19th Fl. |

This matter came on regularly for hearing on February 22, 2008, in Courtroom 8, 19th Fl., United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, the Honorable Charles R. Breyer presiding.  Margaret W. Baumgartner appeared on behalf of defendants, and John H. Scott appeared on behalf of plaintiff.  Having considered the moving, opposition and reply papers and all admissible evidence submitted in support and opposition to the motions, and oral argument, the Court hereby rules as follows:

1. The Court hereby DENIES plaintiff Clifford Cook's motion to continue based on Federal Rule of Civil Procedure 56(f).  The Court finds that because the discovery requested by plaintiff is not reasonably likely to lead to the discovery of evidence that is essential to decide the issues raised by the motion for partial summary judgment.  Specifically, plaintiff has not carried his burden of proving that the facts that plaintiff seeks to discovery will create a dispute of fact regarding whether race was a motivating factor in his arrest.

2. The Court hereby GRANTS defendants Marsha Ashe, Donald Sloan and Antonio Flores's motion for partial summary judgment on plaintiff's Second Cause of Action under 42 U.S.C. § 1983 based on Equal Protection.  The Court finds that plaintiff failed to produce admissible evidence upon which a reasonable trier of fact could conclude that race or the race of his wife were motivating factors in his arrest.  Even if plaintiff's evidence could be so read, based on the undisputed facts Captain Ashe, the Commanding Officer who both made the decision to arrest plaintiff and placed him under arrest, had legitimate, non-discriminatory reasons for arresting plaintiff.  Plaintiff failed to produce evidence upon which a reasonable trier of fact could conclude that Captain Ashe's motivation for arresting Cook were a pretext for discrimination.

Neither Lt. Sloan nor Inspector Flores' arrested plaintiff, nor did their actions result in a deprivation of plaintiff's constitutional rights.

Because the court grants defendants' motion on this ground, the issue of qualified immunity is moot.

Furthermore, the three individual defendants did not participate in the decision to suspend plaintiff from employment, and therefore no other cause of action states a claim against the individual defendants.

3. The Court GRANTS the City and County of San Francisco's motion for partial summary judgment on plaintiff's Second Cause of Action under 42 U.S.C. § 1983.  The Court finds that plaintiff's arrest did not violate his constitutional rights, and therefore no *Monell* liability exists.

4. The Court GRANTS all defendants' motion for partial summary judgment on plaintiff's Due Process claim.  The Court previously dismissed this claim without leave to amend because plaintiff failed to state a claim for a due process violation.

SO ORDERED.

DATED: _____, 2008

_____
Charles R. Breyer, Judge, United States District Court