IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD COOK,

    Plaintiff,

  v.

SAN FRANCISCO CITY AND COUNTY, et al.,

    Defendants.
                                    /

No. C 07-02569 CRB

**ORDER CONTINUING SUMMARY JUDGMENT MOTION**

     Now pending before the Court is defendants' motion for summary judgment and plaintiff's opposition and Rule 56(f) motion for a continuance. Plaintiff's motion is GRANTED. Defendants' motion for summary judgment is continued to May 2, 2008 so that plaintiff can take the requested discovery. Plaintiff's supplemental opposition shall be filed on or before April 11, 2008 and defendants' supplemental reply on or before April 18, 2008.

**IT IS SO ORDERED.**

Dated: February 15, 2008

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE