1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3930
   Facsimile:    (415) 554-4248
7
   Attorneys For Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLIFFORD COOK, | Case No. C 07-2569 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESET DATE FOR HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive, | Prior Date:    May 2, 2008<br>Proposed Date: May 9, 2008 |
| Defendants. | Trial Date:        None set<br>Date Action Filed:   May 15, 2007 |

**STIP / PROP ORDER CONT. MSJ HRG DATE**
**CASE NO. C 07 2569 CRB**

n:\labor\li2007\080165\00466673.doc

On February 15, 2008, the Court granted plaintiff Clifford Cook's motion to continue pursuant to Federal Rule of Civil Procedure 56(f).  The Court vacated the previously scheduled hearing date on the City's motion for partial summary judgment of February 22, 2008, and rescheduled the date to May 2, 2008.

Counsel for defendants has a pre-planned vacation scheduled for that date, and will be out of town.  Other counsel assigned to this case will not yet have returned from leave.  Defendants therefore request that the hearing date be moved to Friday, May 9, 2008.  Counsel for plaintiff agrees to moving the hearing date, and also moving the dates for filing of the briefs by one week, to April 18 for plaintiff's supplemental opposition, and to April 25 for defendants' supplemental opposition.

SO STIPULATED.

Dated:  February 21, 2008                Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys


By:_____/s/_____
   MARGARET W. BAUMGARTNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  February 21, 2008                THE SCOTT LAW FIRM


By:_____/s/_____
   JOHN H. SCOTT

Attorney for Plaintiff
CLIFFORD COOK

1

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The May 2, 2008 hearing date for defendants' motion for summary judgment is hereby continued to May 9, 2008, at 10:00 a.m.

2. Plaintiff's supplemental opposition papers shall be due April 18, 2008, and defendants' supplemental opposition shall be due April 25, 2008.

SO ORDERED.

Dated: February 22, 2008

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



**STIP / PROP ORDER CONT MSJ HRG DATE**
**CASE NO. C 07 2569 CRB**            2                    n:\labor\li2007\080165\00466673.doc