John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
CLIFFORD COOK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive<br><br>　　　　Defendants. | Case No.: C 07-02569 CRB<br><br>**DECLARATION OF JOHN HOUSTON SCOTT IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND REQUEST FOR CONTINUANCE TO CONDUCT DISCOVERY**<br><br>**Date:** May 9, 2008<br>**Time:** 10:00a.m.<br>**Place:** Courtroom 8, 19th Fl. |

I, John Houston Scott, declare as follows:

1.　I am the attorney for the Plaintiff, Clifford Cook, and I make this Declaration in support of Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment and Request for Continuance to Conduct Discovery.

2.　Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the deposition of Captain Marsha Ashe, referred to as "Ashe Depo."

2

DECLARATION OF JHS

3. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of Inspector Antonio Flores, referred to as "Flores Depo."

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition of Lieutenant Don Sloan, referred to as "Sloan Depo."

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition of Deputy Chief Kevin Cashman, referred to as "Cashman Depo."

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition of Elizabeth Aguilar-Tarchi, referred to as "Aguilar-Tarchi Depo."

Date: April 18, 2008                                             **SCOTT LAW FIRM**

By:_____/s/_____
JOHN HOUSTON SCOTT
Attorney for Plaintiff

2

DECLARATION OF JHS