**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 9, 2008**

**C-07-02569** CRB

**CLIFFORD COOK** v. **CITY AND COUNTY OF SAN FRANCISCO**

Attorneys:   John Scott                                Margaret Baumgartner

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Belle Ball**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. D's Motion for Partial Summary Judgment | Submitted |
| 2. | |
| 3. | |

**ORDERED AFTER HEARING:**

_____

_____

( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

( ) Referred to Magistrate Judge For: _____

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____   Expert Discovery Cut-Off _____
Plntf to Name Experts by _____   Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____   Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____
_____
_____