1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Team
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE R. WARNER, State Bar # 215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3859
   Facsimile:     (415) 554-4248
7  E-mail:        margaret.baumgartner@sfgov.org

8  Attorneys For Defendants
   CITY AND COUNTY OF SAN FRANCISCO, ET AL.

9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11

12 | CLIFFORD COOK,                          | Case No. C 07 - 2569 CRB

13 |              Plaintiff,                  | **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S CASE MANAGEMENT CONFERENCE STATEMENT**

14 |         vs.

15 | CITY AND COUNTY OF SAN
   | FRANCISCO, ANTONIO FLORES,
16 | DON SLOAN, MARSHA ASHE, and
   | DOES 1-50, inclusive,                    | Date:   June 13, 2008
                                              | Time:   8:30 a.m.
17 |              Defendants.                 | Place:  Courtroom 8, 19th Floor

18

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28
                              1
**DEF. CITY AND COUNTY OF SAN FRANCISCO'S**                    n:\labor\li2007\080165\00437772.doc
**CASE MANAGEMENT CONFERENCE STATEMENT**
**USDC #C 07-2569 CRB**

1

**UPDATE ON STATUS OF CASE**

2

The court recently granted the City and County of San Francisco ("City") and the individual

3

defendants' motion for partial summary judgment on plaintiff's 42 U.S.C. sec. 1983 claim based on

4

equal protection.  That claim related to plaintiff's arrest.

5

The City attempted to contact plaintiff's counsel regarding a joint case management

6

statement but received no response.  The City therefore files this statement.

7

**1.  Jurisdiction and Service**

8

The court has jurisdiction, and service had been made on all defendants.  The only defendant

9

remaining is the City and County of San Francisco.

10

**2.  Facts**

11

The remaining causes of action relate to the San Francisco Police Department's temporary

12

suspension of plaintiff pending a criminal investigation.  The Department immediately suspended

13

plaintiff after his arrest based on the information it had regarding plaintiff's domestic violence

14

incident with his wife.  The San Francisco Charter provides for a temporary suspension in these

15

circumstances.  Plaintiff then exercised his right to have an administrative hearing to determine if he

16

should remain suspended pending the conclusion of the criminal investigation.  After that hearing,

17

the Chief determined that plaintiff would remain suspended.  Upon the District Attorney's decision

18

to dismiss the case, the Department placed plaintiff back on duty.  He remains on duty in a disarmed

19

status pending the conclusion of the disciplinary case.

20

**3.  Legal Issues**

21

Plaintiff claims race discrimination.  The City believes that it had a legitimate non-

22

discriminatory basis for the temporary suspension.

23

**4.  Motions**

24

The City filed a motion for partial summary judgment.  After discovery on the remaining

25

issues, the City intends to file an additional motion for partial summary judgment on the remaining

26

claims.

27

//

28

2

**5. Amendment**

As far as the City is aware, there will be no amendments to the pleadings.

**6. Evidence preservation**

The City believes that it has taken the necessary steps to preserve evidence. The Department is not aware of any electronic evidence relevant to this matter.

**7. Disclosures**

The City will comply with any obligations to provide initial disclosures, although the City believes that plaintiff is already in possession of any relevant information.

**8. Discovery**

The discovery taken to date was limited to the issues of equal protection. The City anticipates taking an additional deposition of plaintiff on the remaining issues. The City is unsure as to what discovery plaintiff intends to take.

**9. Related cases**

There is a related case pending in the Superior Court, which has been stayed pending this matter.

**10. Relief**

The City is not aware of what plaintiff seeks as relief.

**11. Settlement and ADR**

The City does not believe that this matter is amenable to settlement until after the City has had an opportunity to present an additional motion for partial summary judgment.

**12. Other References**

None.

**13. Consent to Magistrate**

The parties have not consented to a magistrate.

**14. Narrowing of Issues**

The City believes that the issues are narrowed to whether or not plaintiff's temporary suspension was racially discriminatory.

3

**15. Expedited Schedule**

The City believes that the remaining issues are narrow, and should be able to be addressed quickly.

**16. Scheduling**

The City recommends setting a date for trial in January or February of 2009, with a motion date in November.

**17. Trial**

The City anticipates that the trial will last three days.

**18. Disclosure of Non-party Interested Entities**

The City filed a certificate, and knows of no new interested entities.

Dated: June 3, 2008                         DENNIS J. HERRERA

                                            City Attorney
                                            ELIZABETH SALVESON
                                            Chief Labor Attorney
                                            MARGARET W. BAUMGARTNER
                                            ADELMISE R. WARNER
                                            Deputy City Attorneys

                                    By:  _/s/  Margaret W. Baumgartner_____
                                            MARGARET W. BAUMGARTNER
                                            Attorneys for Defendants CITY AND
                                            COUNTY OF SAN FRANCISCO

**DEF. CITY AND COUNTY OF SAN FRANCISCO'S**                    n:\labor\li2007\080165\00437772.doc
**CASE MANAGEMENT CONFERENCE STATEMENT**
**USDC #C 07-2569 CRB**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28