John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
CLIFFORD COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK, <br><br> Plaintiff, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive <br><br> Defendants. | Case No.: C 07 2569 CRB <br><br> **PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> **Date**: June 13, 2008 <br> **Time**: 8:30 a.m. <br> **Place**: Courtroom 8, 19th Fl. |

## UPDATE ON STATUS OF THE CASE

Plaintiff's counsel has been out of the office in depositions for the past two days and is currently preparing to commence a jury trial in Stockton, California on June 10, 2008.

## JURISDICTION AND SERVICE

No dispute.

## FACTS

This Court is familiar with the facts having ruled on a motion for partial summary judgment.

- 1 -

## LEGAL ISSUES

The plaintiff has a claim remaining under Title VI claim and a supplemental claim under the California Fair Employment & Housing Act, Gov't Code Section 12940. The plaintiff's remaining claims relate to adverse employment acts in addition to the arrest.

## MOTIONS

The individual defendants' motion for partial summary judgment was granted. The plaintiff intends to file a motion to dismiss his remaining claims without prejudice, if necessary, so that he can proceed with his state claim in state court.

## AMENDMENT OF PLEADINGS

Not at this time.

## EVIDENCE PRESERVATION

Not an issue at this time.

## DISCLOSURES

The parties have participated in Rule 26 disclosures.

## DISCOVERY

The plaintiff intends to pursue his state discrimination claim in state court so that he may proceed with further discovery in that forum.

## CLASS ACTIONS

Not applicable.

## RELATED CASES

There is a related case pending in the Superior Court which the parties have agreed to temporarily stay.

## RELIEF

The plaintiff is seeking general and compensatory damages according to proof.

## SETTLEMENT and ADR

Not applicable.

## CONSENT TO MAGISTRATE

The defendants have not consented to a magistrate.

## OTHER REFERENCES

None.

## NARROWING OF ISSUES

The order re partial summary judgment has narrowed the issues.

## EXPEDITED SCHEDULE

Not applicable.

## SCHEDULING

The plaintiff requests that the Court schedule a hearing on a motion to dismiss the remaining claims, without prejudice, so that the plaintiff may proceed with his state claim in state court.

## TRIAL

Not applicable.

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

The plaintiff knows of no new interested parties.

DATED: June 4, 2008                                          SCOTT LAW FIRM


By: /s/
JOHN HOUSTON SCOTT
Attorney for Plaintiff