**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 13, 2008**

**C-07-02569** **CRB**

**CLIFFORD COOK  v.  CITY AND COUNTY SAN FRANCISCO**

Attorneys:   John Scott                                            Margaret Baumgartner

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                    **RULING:**

1.  Further Case Management Conference   -   Held

2.  

3.  

**ORDERED AFTER HEARING:**

Counsel for plaintiff to advise the Court by 6/20 re dismissal.  Motion filed by 8/01/2008

(  ) ORDER TO BE PREPARED BY:    Plntf ____   Deft ____   Court ____

(  ) Referred to Magistrate Judge for: _____

(X) CASE CONTINUED TO  November 21, 2008 @ 10:00 a.m.   for  Motion

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____        Deft to Name Experts by _____
P/T Conference Date _____ Trial Date _____ Set for _____ days
                            Type of Trial:  ( )Jury    ( )Court

Notes: _____