```
John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
```
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
CLIFFORD COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>    Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>    Defendants. | Case No.: C 07 2569 CRB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO AMEND THE COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS TWO CLAIMS WITHOUT PREJUDICE**<br><br>Date: July 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Fl. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:** Please take notice that on July 25, 2008 at 10:00 a.m., before Judge Charles R. Breyer in courtroom 8, 19th Floor of the United States District Court, Northern District, Plaintiff Clifford Cook will move, and hereby does move, for leave to file an amended complaint, or in the alternative, motion to dismiss two claims without prejudice. That motion will be made on the basis of the memorandum of points and authorities, the Declaration of John Houston Scott and argument of counsel at the hearing and the pleadings on file.

DATED: June 18, 2008
                                                  **SCOTT LAW FIRM**

                                                  By:_____/s/_____
                                                  JOHN HOUSTON SCOTT
                                                  Attorney for Plaintiff

- 1 -