1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  MARGARET W. BAUMGARTNER, State Bar #151762
   ADELMISE R. WARNER, State Bar #215385
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, Floor No. 5
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3959
   Facsimile:    (415) 554-4248

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.

JOHN HOUSTON SCOTT, State Bar # 72578
LIZABETH N. DE VRIES, State Bar # 227215
SCOTT LAW FIRM
1375 Sutter Street, Suite 222
San Francisco, CA  94109

Attorneys for Plaintiff,
CLIFFORD COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>     Defendants. | Case No. C 07-02569 CRB<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO AMEND OR, IN THE ALTERNATIVE, TO DISMISS CLAIMS, AND PROPOSED ORDER**<br><br>Hearing Date:  July 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Fl.<br><br>Date action filed:  May 15, 2007 |

**STIP & PROP ORDER TO MODIFY HRG SCHE**              n:\labor\li2008\080165\00493403.doc
**CASE NO.  C 07-02569 CRB**

1  WHEREAS, on June 18, 2008, Plaintiff, Clifford Cook, filed a Motion to Amend the Complaint, Or In The Alternative, to Dismiss Two Claims Without Prejudice in the above matter;

2  WHEREAS, the Court has scheduled the hearing for July 25, 2008;

3  WHEREAS, the City's opposition would be due on July 3, 2008 absent an order continuing the deadlines to a future date,

4  WHEREAS, as represented to the Court at the last status conference, lead counsel for the City (Margaret Baumgartner) has been out of the country since June 17, and will return on July 9;

5  WHEREAS, per the Court's Order, summary-judgment motions are due on August 1, 2008, such that continuing the hearing of July 25, 2008 might conflict with the August deadline;

6  WHEREAS, after meeting and conferring, the parties agree to the following briefing schedule to give Ms. Baumgartner an opportunity to review the motion, and file the City's opposition (if any):

   1. Defendant's Opposition (if any) to Plaintiff's motion shall be due on or before July 14 and
   2. Plaintiff's Reply (if any) shall be due on or before July 21.

THEREFORE, the parties stipulate and respectfully request that the Court issue an order that:

   1. Defendant's Opposition (if any) to Plaintiff's motion shall be due on or before July 14 and
   2. Plaintiff's Reply (if any) shall be due on or before July 21.

Dated: July 1, 2008                          Respectfully submitted,

                                             DENNIS J. HERRERA
                                             City Attorney
                                             ELIZABETH S. SALVESON
                                             Chief Labor Attorney
                                             MARGARET W. BAUMGARTNER
                                             ADELMISE ROSEMÉ WARNER
                                             Deputy City Attorneys

                                             By:_____/s/_____
                                             ADELMISE ROSEMÉ WARNER

                                             Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO

1  Dated: July 1, 2008                     SCOTT LAW FIRM

2                                          By:_____/s/_____
                                                   LIZABETH DEVRIES
3
                                           Attorney for Plaintiff
4                                          CLIFFORD COOK

**STIP & PROP ORDER TO MODIFY HRG SCHE**      2            n:\labor\li2008\080165\00493403.doc
**CASE NO.  C 07-02569 CRB**

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. Defendant's Opposition (if any) to Plaintiff's motion shall be due on or before July 14 and

2. Plaintiff's Reply (if any) shall be due on or before July 21.

SO ORDERED.

Dated: _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE