DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
MARGARET W. BAUMGARTNER, State Bar #151762
ADELMISE R. WARNER, State Bar #215385
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:   (415) 554-3959
Facsimile:    (415) 554-4248

Attorneys For Defendants
CITY AND COUNTY OF SAN FRANCISCO ET AL.


JOHN HOUSTON SCOTT, State Bar # 72578
LIZABETH N. DE VRIES, State Bar # 227215
SCOTT LAW FIRM
1375 Sutter Street, Suite 222
San Francisco, CA  94109

Attorneys for Plaintiff,
CLIFFORD COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>               Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, and DOES 1-50, inclusive,<br><br>               Defendants. | Case No. C 07-02569 CRB<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE RE PLAINTIFF'S MOTION TO AMEND OR, IN THE ALTERNATIVE, TO DISMISS CLAIMS, AND ~~PROPOSED~~ ORDER**<br><br>Hearing Date:  July 25, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Fl.<br><br>Date action filed:  May 15, 2007 |

**STIP & PROP ORDER TO MODIFY HRG SCHE**              n:\labor\li2008\080165\00493403.doc
**CASE NO.  C 07-02569 CRB**

1     WHEREAS, on June 18, 2008, Plaintiff, Clifford Cook, filed a Motion to Amend the Complaint, Or In The Alternative, to Dismiss Two Claims Without Prejudice in the above matter;

    WHEREAS, the Court has scheduled the hearing for July 25, 2008;

    WHEREAS, the City's opposition would be due on July 3, 2008 absent an order continuing the deadlines to a future date,

    WHEREAS, as represented to the Court at the last status conference, lead counsel for the City (Margaret Baumgartner) has been out of the country since June 17, and will return on July 9;

    WHEREAS, per the Court's Order, summary-judgment motions are due on August 1, 2008, such that continuing the hearing of July 25, 2008 might conflict with the August deadline;

    WHEREAS, after meeting and conferring, the parties agree to the following briefing schedule to give Ms. Baumgartner an opportunity to review the motion, and file the City's opposition (if any):

1. Defendant's Opposition (if any) to Plaintiff's motion shall be due on or before July 14 and
2. Plaintiff's Reply (if any) shall be due on or before July 21.

    THEREFORE, the parties stipulate and respectfully request that the Court issue an order that:

1. Defendant's Opposition (if any) to Plaintiff's motion shall be due on or before July 14 and
2. Plaintiff's Reply (if any) shall be due on or before July 21.

Dated: July 1, 2008                                     Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
MARGARET W. BAUMGARTNER
ADELMISE ROSEMÉ WARNER
Deputy City Attorneys

By:_____/s/_____
ADELMISE ROSEMÉ WARNER

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| Dated: July 1, 2008 | SCOTT LAW FIRM |
| | By:_____/s/_____ |
| |         LIZABETH DEVRIES |
| | Attorney for Plaintiff |
| | CLIFFORD COOK |

**STIP & PROP ORDER TO MODIFY HRG SCHE**
**CASE NO. C 07-02569 CRB**

2

n:\labor\li2008\080165\00493403.doc

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS AS FOLLOWS:**

1. Defendant's Opposition (if any) to Plaintiff's motion shall be due on or before July 14 and

2. Plaintiff's Reply (if any) shall be due on or before July 21.

SO ORDERED.

**The hearing is rescheduled to July 24, 2008 at 10:00 a.m.**

Dated:  July 2, 2008

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



**STIP & PROP ORDER TO MODIFY HRG SCHE**  
**CASE NO.  C 07-02569 CRB**              3                    n:\labor\li2008\080165\00493403.doc