IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD COOK,

    Plaintiff,

  v.

SAN FRANCISCO CITY AND COUNTY, et al.,

    Defendants.

No. C 07-02569 CRB

**JUDGMENT**

As the Court has dismissed plaintiff's Title VII and California Fair Employment and Housing Act claims without prejudice, and has dismissed with prejudice his section 1983 due process claim and granted defendants summary judgment on plaintiff's remaining section 1983 claims, judgment is entered on the section 1983 claims in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: July 21, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\2569\judgment.wpd