John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
CLIFFORD COOK

FILED
08 AUG 12 PM 3:08
U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD COOK,<br><br>  Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>  Defendants. | Case No.: C 07 2569 CRB<br><br>**REPRESENTATION STATEMENT** |

The undersigned represents CLIFFORD COOK, Plaintiff and Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. Notice is hereby given that Plaintiff, CLIFFORD COOK, in the above named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court entered in this case on July 21, 2008.

DATED: August 11, 2008

**SCOTT LAW FIRM**

By: _____
JOHN HOUSTON SCOTT
Attorney for Plaintiff

- 1 -

REPRESENTATION STATEMENT

# REPRESENTATION STATEMENT

**Attorneys for Plaintiff-Appellant, CLIFFORD COOK**

John Houston Scott
Lizabeth N. de Vries
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

**Attorneys for Defendants-Appellees, CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE**

Dennis J. Herrera
Elizabeth Salveson
Margaret Baumgartner
Adelmise Warner
**Deputy City Attorney's Office**
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, CA 94102
Tel: (415) 554-3930
Fax: (415) 554-4248

REPRESENTATION STATEMENT

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1375 Sutter Street, Suite 222, San Francisco, California, 94109. On August 12, 2008, I served the within document(s): |
| 3 | |
| 4 | **REPRESENTATION STATEMENT** |
| 5 | ☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| 6 | |
| 7 | ☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 8 | X **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. |
| 9 | |
| 10 | ☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day. |
| 11 | |
| 12 | ☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below. |
| 13 | |
| 14 | ***Attorneys for Defendants,*** |
| 15 | Dennis J. Herrera<br>Elizabeth Salveson<br>Margaret Baumgartner |
| 16 | Adelmise Warner<br>Deputy City Attorney's Office |
| 17 | Fox Plaza<br>1390 Market Street, Floor No. 5 |
| 18 | San Francisco, CA 94102<br>Fax: (415) 554-4248 |
| 19 | |
| 20 | I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 21 | |
| 22 | |
| 23 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 24 | Executed on August 12, 2008, at San Francisco, California. |
| 25 | |
| 26 | |
| 27 | _____<br>TIFFANY S. POSEY |
| 28 | |

PROOF OF SERVICE