**Form 6. Civil Appeals Docketing Statement**

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: CLIFFORD COOK, Plaintiff, v. CITY AND COUNTY OF SAN FRANCISCO, ANTONIO FLORES, DON SLOAN, MARSHA ASHE, Defendants. | DISTRICT: Northern   JUDGE: Charles R. Breyer |
|---|---|
| | DISTRICT COURT NUMBER: C 07 2569 CRB |
| | DATE NOTICE OF APPEAL FILED: August 12, 2008    IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): |

BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:
Plaintiff, a San Francisco police officer, filed a Section 1983 action against three San Francisco police officers alleging that he was arrested for domestic violence in violation of the Equal Protection Clause. Plaintiff is an African-American man who was married to a white woman. The District Attorney refused to prosecute.

PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:
Did the District Court improperly grant defendants motion for summary judgment? Plaintiff contends that the District Court drew inferences in favor of the non-moving parties, weighed the evidence, and decided credibility disputes.

PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):

DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

## LOWER COURT INFORMATION

Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| [X] FEDERAL QUESTION | [X] FINAL DECISION OF DISTRICT COURT | [ ] DEFAULT JUDGMENT<br>[ ] DISMISSAL / JURISDICTION<br>[ ] DISMISSAL / MERITS<br>[ ] SUMMARY JUDGMENT<br>[X] JUDGMENT / COURT DECISION<br>[ ] JUDGMENT / JURY VERDICT<br>[ ] DECLARATORY JUDGMENT<br>[ ] JUDGMENT AS A MATTER OF LAW<br>[ ] OTHER (SPECIFY): | [ ] DAMAGES:<br>SOUGHT $ _____<br>AWARDED $ _____<br>[ ] INJUNCTIONS:<br>  [ ] PRELIMINARY<br>  [ ] PERMANENT<br>  [ ] GRANTED<br>  [ ] DENIED |
| [ ] DIVERSITY | [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | | |
| [ ] OTHER (SPECIFY) | [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | | [ ] ATTORNEY FEES:<br>SOUGHT $ _____<br>AWARDED $ _____<br>[ ] PENDING |
| | [ ] OTHER (SPECIFY): | | [ ] COSTS: $ _____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____          August 12, 2008
Signature                                Date
John Houston Scott

## COUNSEL WHO COMPLETED THIS FORM

NAME: John Houston Scott

FIRM: Scott Law Firm

ADDRESS: 1375 Sutter Street, Suite 222
San Francisco, CA 94109

E-MAIL: john@scottlawfirm.net; tiffany@scottlawfirm.net

TELEPHONE: (415) 561-9600

FAX: (415) 561-9609

*THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL*
*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS*

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1375 Sutter Street, Suite 222, San Francisco, California, 94109. On August 12, 2008, I served the within document(s):

**UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CIVIL DOCKETING STATEMENT**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

X **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

*Attorneys for Defendants,*

Dennis J. Herrera
Elizabeth Salveson
Margaret Baumgartner
Adelmise Warner
Deputy City Attorney's Office
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, CA 94102
Fax: (415) 554-4248

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 12, 2008, at San Francisco, California.

_____
TIFFANY S. POSEY

PROOF OF SERVICE