UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 12, 2008

**CASE INFORMATION:**
Short Case Title: CLIFFORD COOK -v- SF CITY AND COUNTY
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: USDC, Northern District of CA, Judge Charles R. Breyer
Criminal and/or Civil Case No.: CV 07-02569 CRB
Date Complaint/Indictment/Petition Filed: 5/15/07
Date Appealed order/judgment *entered* 5/12/08, 7/21/08
Date NOA *filed* 8/12/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)  ☐ denied in full (send record)
                         ☐ granted in part (attach order)  ☐ pending

Court Reporter(s) Name & Phone Number: See docket sheet

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 8/12/08          Date Docket Fee Billed:
Date FP granted:                        Date FP denied:
Is FP pending? ☐ yes  ☐ no              Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                      Appellee Counsel:
John Houston Scott                      Adelmise Roseme Warner
Scott Law Firm                          San Francisco City Attorney's Office
1375 Sutter Street, Suite 222           Fox Plaza
San Francisco, CA 94109                 1390 Market Street, 5th Floor
                                        San Francisco, CA 94102

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                            Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                         9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Maria Loo, (415) 522-2000