ADRMOP, APPEAL, CLOSED, E-Filing, ENETERM

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02569-CRB
### Internal Use Only

| | |
|---|---|
| Cook v. City and County of San Francisco et al | Date Filed: 05/15/2007 |
| Assigned to: Hon. Charles R. Breyer | Date Terminated: 07/21/2008 |
| Cause: 42:2000e Job Discrimination (Employment) | Jury Demand: Plaintiff |
| | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Clifford Cook**     represented by **John Houston Scott**
Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco , CA 94109
415-561-9600
Fax: 415-561-9609
Email: tiffany@scottlawfirm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizabeth N. de Vries**
The Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco , CA 94109
(415) 561-9603
Fax: (415) 561-9609
Email: liza@scottlawfirm.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City and County of San Francisco**     represented by **Adelmise Roseme Warner**
San Francisco Office of the City Attorney
Fox Plaza
1390 Market Street, Fifth Floor
San Francisco , CA 94102
415-554-3930
Fax: 415-554-4248
Email: adelmise.warner@sfgov.org
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Margaret W. Baumgartner**
San Francisco City Attorney's Office
Fox Plaza
1390 Market Street
5th Floor
San Francisco , CA 94102-5408
415-554-3859
Fax: 415-554-4248
Email: margaret.baumgartner@sfgov.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Antonio Flores**

**Defendant**

**Don Sloan**

**Defendant**

**Marsha Ashe**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/15/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350,receipt number 34611006389.). Filed byClifford Cook. (mcl, COURT STAFF) (Filed on 5/15/2007) (Entered: 05/15/2007) |
| 05/15/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 8/17/2007. Case Management Conference set for 8/24/2007 08:30 AM. (Attachments: # 1 Order setting CMC# 2 Standing Order# 3 CM Standing Order for All Judges)(mcl, COURT STAFF) (Filed on 5/15/2007) (Entered: 05/15/2007) |
| 05/15/2007 |  | CASE DESIGNATED for Electronic Filing. (mcl, COURT STAFF) (Entered: 05/15/2007) |
| 05/15/2007 |  | Summons Issued as to City and County of San Francisco, Antonio Flores, Don Sloan, Marsha Ashe. (mcl, COURT STAFF) (Entered: 05/15/2007) |
| 08/01/2007 | 3 | SUMMONS Returned Executed by Clifford Cook. Don Sloan served on 7/30/2007, answer due 8/20/2007. (Scott, John) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 4 | SUMMONS Returned Executed by Clifford Cook. Antonio Flores served on 7/31/2007, answer due 8/20/2007. (Scott, John) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/01/2007 | 5 | SUMMONS Returned Executed by Clifford Cook. City and County of San |

| | | |
|---|---|---|
| | | Francisco served on 7/30/2007, answer due 8/20/2007. (Scott, John) (Filed on 8/1/2007) (Entered: 08/01/2007) |
| 08/03/2007 | 6 | STIPULATION *& Proposed Order to Vacate May 15, 2007 Order Setting Initial Case Management Conference and To Issue New Order* by City and County of San Francisco. (Warner, Adelmise) (Filed on 8/3/2007) (Entered: 08/03/2007) |
| 08/06/2007 | 7 | SUMMONS Returned Executed by Clifford Cook. Marsha Ashe served on 8/1/2007, answer due 8/21/2007. (Scott, John) (Filed on 8/6/2007) (Entered: 08/06/2007) |
| 08/10/2007 | 8 | ORDER re 6 Stipulation filed by City and County of San Francisco. Signed by Judge Charles R. Breyer on 8/08/07. (be, COURT STAFF) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/10/2007 | 9 | ADR SCHEDULING ORDER: Case Management Statement due by 10/5/2007. Case Management Conference set for 10/12/2007 08:30 AM. (be, COURT STAFF) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 08/15/2007 | 10 | STIPULATION *to Enlarge Time for Defendants to File Responsive Pleadings* by City and County of San Francisco. (Warner, Adelmise) (Filed on 8/15/2007) (Entered: 08/15/2007) |
| 08/17/2007 | 11 | STIPULATION AND ORDER to enlarge time to file responsive pleadings. Signed by Judge Charles R. Breyer on 08/17/07. (rbe, COURT STAFF) (Filed on 8/17/2007) (Entered: 08/17/2007) |
| 08/20/2007 | 12 | NOTICE by City and County of San Francisco *of Unavailability of Counsel* (Warner, Adelmise) (Filed on 8/20/2007) (Entered: 08/20/2007) |
| 09/19/2007 | 13 | NOTICE by City and County of San Francisco *"NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT (FRCP 12 (e))"* (Baumgartner, Margaret) (Filed on 9/19/2007) (Entered: 09/19/2007) |
| 09/19/2007 | 14 | MEMORANDUM in Support re 16 MOTION TO DISMISS (12(b)(6)) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT (12(e))" filed byCity and County of San Francisco. (Related document(s) 13 ) (Baumgartner, Margaret) (Filed on 9/19/2007) Modified on 9/21/2007 (mcl, COURT STAFF). (Entered: 09/19/2007) |
| 09/19/2007 | 15 | Request for Judicial Notice *"DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF 16 MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT"* filed byCity and County of San Francisco. (Attachments: # 1)(Baumgartner, Margaret) (Filed on 9/19/2007) Modified on 9/21/2007 (mcl, COURT STAFF). (Entered: 09/19/2007) |
| 09/21/2007 | 16 | MOTION to Dismiss *"NOTICE OF MOTION AND MOTION TO DISMISS (FRCP 12(b)(6), OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT (FRCP 12(e))"* filed by City and County of San Francisco. Motion Hearing set for 10/26/2007 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Baumgartner, Margaret) (Filed on 9/21/2007) |

| | | |
|---|---|---|
| | | (Entered: 09/21/2007) |
| 09/25/2007 | 17 | STIPULATION *AND [PROPOSED] ORDER SELECTING ADR PROCESS* by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 9/25/2007) (Entered: 09/25/2007) |
| 10/01/2007 | 18 | ORDER REFERRING CASE to Early Neutral Evaluation. Signed by Judge Charles R. Breyer on 10/01/07. (be, COURT STAFF) (Filed on 10/1/2007) (Entered: 10/01/2007) |
| 10/05/2007 | 19 | Memorandum in Opposition *to 16 Defendant's Motion to Dismiss* filed byClifford Cook. (Scott, John) (Filed on 10/5/2007) Modified on 10/9/2007 (mcl, COURT STAFF). (Entered: 10/05/2007) |
| 10/05/2007 | 20 | JOINT CASE MANAGEMENT STATEMENT *"JOINT CASE MANAGEMENT CONFERENCE STATEMENT"* filed by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 10/5/2007) (Entered: 10/05/2007) |
| 10/10/2007 | 21 | ADR Clerk's Notice Appointing William M. Goodman as ENE Evaluator. (cmf, COURT STAFF) (Filed on 10/10/2007) (Entered: 10/10/2007) |
| 10/12/2007 | 22 | Reply to Opposition *"REPLY MEMORANDUM OF POINTS AND AUTHORITIES TO OPPOSITION TO 16 MOTION TO DISMISS (12(b)(6)) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT (12(e))"* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 10/12/2007) Modified on 10/15/2007 (mcl, COURT STAFF). (Entered: 10/12/2007) |
| 10/12/2007 | 23 | Minute Entry: Initial Case Management Conference held on 10/12/2007 before Charles R. Breyer (Date Filed: 10/12/2007). (Court Reporter - Not Reported.) (be, COURT STAFF) (Date Filed: 10/12/2007) (Entered: 10/17/2007) |
| 10/26/2007 | 24 | Minute Entry: Motion Hearing held on 10/26/2007 before Charles R. Breyer (Date Filed: 10/26/2007), ***Motions terminated:. (Court Reporter Sahar McVickar.) (be, COURT STAFF) (Date Filed: 10/26/2007) (Entered: 10/31/2007) |
| 10/26/2007 | | Set/Reset Deadlines: Motions due by 1/18/2008. (mcl, COURT STAFF) (Entered: 11/02/2007) |
| 10/26/2007 | | Set/Reset Hearings: Motion Hearing set for 2/22/2008 10:00 AM. (mcl, COURT STAFF) (Entered: 11/02/2007) |
| 11/09/2007 | 25 | NOTICE by Clifford Cook *of UNAVAILABLITY* (Scott, John) (Filed on 11/9/2007) (Entered: 11/09/2007) |
| 11/14/2007 | 28 | Letter dated 11/13/07 from John Houston Scott. (mcl, COURT STAFF) (Filed on 11/14/2007) (mcl, COURT STAFF). (Entered: 12/13/2007) |
| 11/19/2007 | 26 | ORDER re: discovery. Signed by Judge Charles R. Breyer on 11/19/2007. (crblc1, COURT STAFF) (Filed on 11/19/2007) (Entered: 11/19/2007) |
| 12/11/2007 | 27 | AMENDED COMPLAINT *for Damages and Injunctive Relief* against all |

| | | |
|---|---|---|
| | | defendants. Filed byClifford Cook. (Scott, John) (Filed on 12/11/2007) (Entered: 12/11/2007) |
| 12/21/2007 | 29 | STIPULATION *"STIPULATION TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT"* by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/26/2007 | 30 | ORDER Approving re 29 Stipulation filed by City and County of San Francisco. Signed by Judge Charles R. Breyer on 12/26/07. (fj, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/26/2007) |
| 01/07/2008 | 31 | TRANSCRIPT of Proceedings held on 10/26/07 before Judge Charles R. Breyer. Court Reporter: Sahar McVickar. (mcl, COURT STAFF) (Filed on 1/7/2008) (Entered: 01/08/2008) |
| 01/18/2008 | 32 | "MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT" filed by City and County of San Francisco. Motion Hearing set for 2/22/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Baumgartner, Margaret) (Filed on 1/18/2008) Modified on 1/23/2008 (mcl, COURT STAFF). (Entered: 01/18/2008) |
| 01/18/2008 | 33 | Declaration of MARGARET W. BAUMGARTNER *In Support of Defendants' Motion for Partial Summary Judgment* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 34 | Declaration of Marsha P. Ashe *In Support of Motion for Partial Summary Judgment* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | 35 | NOTICE by City and County of San Francisco *"DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT"* (Baumgartner, Margaret) (Filed on 1/18/2008) (Entered: 01/18/2008) |
| 01/18/2008 | | (Court only) ***Motions terminated: 32 MOTION for Summary Judgment *"MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT"* filed by City and County of San Francisco. (mcl, COURT STAFF) (Entered: 02/05/2008) |
| 01/23/2008 | 36 | MOTION for Partial Summary Judgment *"DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT"* filed by City and County of San Francisco. Motion Hearing set for 2/22/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Baumgartner, Margaret) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/23/2008 | 37 | STIPULATION *AND ORDER TO VACATE REFERRAL OF MATTER TO ENE* by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 1/23/2008) (Entered: 01/23/2008) |
| 01/25/2008 | 38 | ORDER to vacate referral to ENE re 37 Stipulation filed by City and County of San Francisco, Case removed from ENE.. Signed by Judge Charles R. |

| | | |
|---|---|---|
| | | Breyer on 1/24/08. (be, COURT STAFF) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 02/01/2008 | 39 | Memorandum in Opposition *to 36 Defendants Motion for Partial Summary Judgment* filed byClifford Cook. (Scott, John) (Filed on 2/1/2008) Modified on 2/5/2008 (mcl, COURT STAFF). (Entered: 02/01/2008) |
| 02/01/2008 | 40 | DECLARATION of Clifford Cook *in Opposition to 36 Defendants Motion for Partial Summary Judgment* filed byClifford Cook. (Scott, John) (Filed on 2/1/2008) Modified on 2/5/2008 (mcl, COURT STAFF). (Entered: 02/01/2008) |
| 02/01/2008 | 41 | DECLARATION of John Houston Scott *in Opposition to 36 Defendants Motion for Partial Summary Judgment* filed byClifford Cook. (Scott, John) (Filed on 2/1/2008) Modified on 2/5/2008 (mcl, COURT STAFF). (Entered: 02/01/2008) |
| 02/01/2008 | 42 | DECLARATION of Steve Johnson *in Opposition to 36 Defendants Motion for Partial Summary Judgment* filed by Clifford Cook. (Scott, John) (Filed on 2/1/2008) Modified on 2/5/2008 (mcl, COURT STAFF). (Entered: 02/01/2008) |
| 02/01/2008 | 43 | Declaration of John Houston Scott *in Support of Request for Continuance* filed byClifford Cook. (Scott, John) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/08/2008 | 44 | Reply Memorandum *of Points and Authorities In Support of 36 Defendants' Motion for Partial Summary Judgment; and Opposition to Motion to Continue* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 2/8/2008) Modified on 2/11/2008 (mcl, COURT STAFF). (Entered: 02/08/2008) |
| 02/08/2008 | 45 | Declaration *"SUPPLEMENTAL DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF 36 DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO MOTION TO CONTINUE"* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 2/8/2008) Modified on 2/11/2008 (mcl, COURT STAFF). (Entered: 02/08/2008) |
| 02/08/2008 | 46 | EXHIBITS re 45 Declaration in Support, *"EXHIBITS A and B TO SUPPLEMENTAL DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND OPPOSITION TO MOTION TO CONTINUE"* filed byCity and County of San Francisco. (Related document(s) 45 ) (Baumgartner, Margaret) (Filed on 2/8/2008) (Entered: 02/08/2008) |
| 02/08/2008 | 47 | Proposed Order *Denying Plaintiff's Motion for Continuance Under FRCP 56 (F) and Granting 36 Defendants' Motion for Partial Summary Judgment* by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 2/8/2008) Modified on 2/11/2008 (mcl, COURT STAFF). (Entered: 02/08/2008) |
| 02/15/2008 | 48 | ORDER continuing summary judgment hearing. Signed by Judge Charles R. |

| | | |
|---|---|---|
| | | Breyer on 2/15/2008. (crblc1, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/15/2008 | | (Court only) Set/Reset Deadlines as to 36 MOTION for Partial Summary Judgment *"DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT".*, Motion Hearing set for 5/2/1988 10:00 AM in Courtroom 8, 19th Floor, San Francisco. Supplemental Responses due by 4/11/2008. Supplemental Replies due by 4/18/2008. (be, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/19/2008) |
| 02/15/2008 | | Set/Reset Deadlines as to 36 MOTION for Partial Summary Judgment *"DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT"*. Motion Hearing set for 5/2/2008 10:00 AM. (mcl, COURT STAFF) (Entered: 02/20/2008) |
| 02/21/2008 | 49 | STIPULATION *AND [PROPOSED] ORDER TO RESET DATE FOR HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT* by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/25/2008 | 50 | ORDER re 49 Stipulation filed by City and County of San Francisco, Set/Reset Deadlines as to 49 Stipulation, 36 MOTION for Partial Summary Judgment *"DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT"*. Motion Hearing set for 5/9/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. D's supplemental opposition due by 4/25/2008. P's supplemental opposition due by 4/18/2008.. Signed by Judge Charles R. Breyer on 2/22/08. (be, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 04/18/2008 | 51 | *Plaintiff's Supp. Memo of P's & A's in Opposition to 36 Defendants' Mtn for Partial Summary Judg't* filed by Clifford Cook. (Scott, John) (Filed on 4/18/2008) Modified on 4/21/2008 (mcl, COURT STAFF). (Entered: 04/18/2008) |
| 04/18/2008 | 52 | Declaration of JOHN H. SCOTT *in Support of 51 Plaintiff's Supp. Memo of P's & A's* filed byClifford Cook. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Scott, John) (Filed on 4/18/2008) Modified on 4/21/2008 (mcl, COURT STAFF). (Entered: 04/18/2008) |
| 04/18/2008 | | (Court only) ***Motions terminated: 51 MOTION for Partial Summary Judgment *(Plaintiff's Supp. Memo of P's & A's in Opposition to Defendants' Mtn for Partial Summary Judg't)* filed by Clifford Cook. (mcl, COURT STAFF) (Entered: 04/21/2008) |
| 04/25/2008 | 53 | Reply to Opposition *"SUPPLEMENT REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF 36 DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT; AND OPPOSITION TO MOTION TO CONTINUE"* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 4/25/2008) Modified on 4/28/2008 (mcl, COURT STAFF). (Entered: 04/25/2008) |
| 04/25/2008 | 54 | Declaration in Support of 53 Reply to Opposition, *"SECOND |

| | | |
|---|---|---|
| | | *SUPPLEMENTAL DECLARATION OF MARGARET W. BAUMGARTNER IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT"* filed byCity and County of San Francisco. (Related document(s) 53 ) (Baumgartner, Margaret) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 05/09/2008 | 55 | Minute Entry: Motion Hearing held on 5/9/2008 before Charles R. Breyer (Date Filed: 5/9/2008) re 36 MOTION for Partial Summary Judgment *"DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT"* filed by City and County of San Francisco, 51 MOTION for Partial Summary Judgment *(Plaintiff's Supp. Memo of P's & A's in Opposition to Defendants' Mtn for Partial Summary Judg't)* filed by Clifford Cook. (Court Reporter Belle Ball.) (be, COURT STAFF) (Date Filed: 5/9/2008) (Entered: 05/09/2008) |
| 05/12/2008 | 56 | ORDER by Judge Charles R. Breyer granting 36 Motion for Partial Summary Judgment. (crblc1, COURT STAFF) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| 05/12/2008 | | (Court only) Set/Reset Hearings:, ***Deadlines terminated. Further Case Management Conference set for 6/13/2008 08:30 AM. (mcl, COURT STAFF) (Entered: 05/13/2008) |
| 06/03/2008 | 57 | CASE MANAGEMENT STATEMENT *"DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S CASE MANAGEMENT CONFERENCE STATEMENT"* filed by City and County of San Francisco. (Baumgartner, Margaret) (Filed on 6/3/2008) (Entered: 06/03/2008) |
| 06/04/2008 | 58 | CASE MANAGEMENT STATEMENT filed by Clifford Cook. (Scott, John) (Filed on 6/4/2008) (Entered: 06/04/2008) |
| 06/13/2008 | 59 | Minute Entry: Further Case Management Conference held on 6/13/2008 before Charles R. Breyer (Date Filed: 6/13/2008). (Court Reporter - Not Reported.) (be, COURT STAFF) (Date Filed: 6/13/2008) (Entered: 06/13/2008) |
| 06/13/2008 | | Set Deadlines/Hearings: Motions due by 8/1/2008. Motion Hearing set for 11/21/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (be, COURT STAFF) (Filed on 6/13/2008) (Entered: 06/13/2008) |
| 06/18/2008 | 60 | MOTION to Amend/Correct *the Complaint, or In The Alternative, Motion to Dismiss Two Claims Without Prejudice* filed by Clifford Cook. Motion Hearing set for 7/25/2008 10:00 AM in Courtroom 8, 19th Floor, San Francisco. (Scott, John) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/18/2008 | 61 | Brief re 60 MOTION to Amend/Correct *the Complaint, or In The Alternative, Motion to Dismiss Two Claims Without Prejudice* filed byClifford Cook. (Related document(s) 60 ) (Scott, John) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/18/2008 | 62 | Declaration of John H. Scott in Support of 60 MOTION to Amend/Correct *the Complaint, or In The Alternative, Motion to Dismiss Two Claims Without Prejudice*, 61 Brief filed byClifford Cook. (Related document(s) 60 , 61 ) (Scott, John) (Filed on 6/18/2008) (Entered: 06/18/2008) |

| | | |
|---|---|---|
| 07/01/2008 | 63 | STIPULATION *To Modify Briefing Schedule Re Plaintiff's Motion to Amend* by City and County of San Francisco. (Warner, Adelmise) (Filed on 7/1/2008) (Entered: 07/01/2008) |
| 07/03/2008 | 64 | ORDER re 63 Stipulation filed by City and County of San Francisco, Set/Reset Deadlines as to 63 Stipulation, 60 MOTION to Amend/Correct *the Complaint, or In The Alternative, Motion to Dismiss Two Claims Without Prejudice*. Responses due by 7/14/2008. Replies due by 7/21/2008. **Motion Hearing set for 7/24/2008 10:00 AM** in Courtroom 8, 19th Floor, San Francisco.. Signed by Judge Charles R. Breyer on 7/02/08. (be, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/14/2008 | 65 | Memorandum in Opposition *"DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO 60 MOTION TO AMEND, OR IN THE ALTERNATIVE, MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE"* filed byCity and County of San Francisco. (Baumgartner, Margaret) (Filed on 7/14/2008) Modified on 7/15/2008 (mcl, COURT STAFF). (Entered: 07/14/2008) |
| 07/21/2008 | 66 | ORDER by Judge Breyer granting 60 Motion to Amend/Correct ; (crblc2, COURT STAFF) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 07/21/2008 | 67 | JUDGMENT in favor of defendants and against plaintiff. Signed by Judge Breyer on 7/21/2008. (crblc2, COURT STAFF) (Filed on 7/21/2008) Modified on 7/22/2008 (mcl, COURT STAFF). (Entered: 07/21/2008) |
| 07/21/2008 | | (Court only) ***Civil Case Terminated. (crblc2, COURT STAFF) (Filed on 7/21/2008) (Entered: 07/21/2008) |
| 08/12/2008 | 68 | NOTICE OF APPEAL as to 67 Judgment, 56 Order on Motion for Partial Summary Judgment by Clifford Cook. Filing fee $ 455, receipt # 34611022345. (mcl, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 69 | REPRESENTATION STATEMENT by Clifford Cook re 68 Notice of Appeal. (mcl, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 70 | CIVIL APPEALS DOCKETING STATEMENT by Clifford Cook. (mcl, COURT STAFF) (Filed on 8/12/2008) (Entered: 08/12/2008) |
| 08/12/2008 | 71 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 68 Notice of Appeal. (mcl, COURT STAFF) (Additional attachment(s) added on 8/12/2008: # 1 Appeal Form) (mcl, COURT STAFF). (Entered: 08/12/2008) |
| 08/12/2008 | 72 | Copy of Notice of Appeal and Docket sheet mailed to all counsel. (mcl, COURT STAFF) (Entered: 08/12/2008) |