UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

August 12, 2008

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 14 2008
FILED
DOCKETED _____ _____
                  DATE    INITIAL

**CASE INFORMATION:**
Short Case Title: <u>CLIFFORD COOK</u>-v- <u>SF CITY AND COUNTY</u>
Court of Appeals No. (leave blank if unassigned )
U.S. District Court, Division & Judge Name: <u>USDC, Northern District of CA, Judge Charles R. Breyer</u>
Criminal and/or Civil Case No.: <u>CV 07-02569 CRB</u>
Date Complaint/Indictment/Petition Filed: <u>5/15/07</u>
Date Appealed order/judgment *entered* <u>5/12/08, 7/21/08</u>
Date NOA *filed* <u>8/12/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

08-16820

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: See docket sheet

*Magistrate Judge's Order? If so, please attach.*

FILED
AUG 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FEE INFORMATION**
Date Docket Fee Paid: <u>8/12/08</u>            Date Docket Fee Billed:
Date FP granted:                                Date FP denied:
Is FP pending? ☐ yes  ☐ no                      Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION**
Appellate Counsel:                              Appellee Counsel:
John Houston Scott                              Adelmise Roseme Warner
Scott Law Firm                                  San Francisco City Attorney's Office
1375 Sutter Street, Suite 222                   Fox Plaza
San Francisco, CA 94109                         1390 Market Street, 5th Floor
                                                San Francisco, CA 94102

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                   Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Maria Loo</u>, (415) 522-2000

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 14 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| CLIFFORD COOK,<br><br>　　　　Plaintiff - Appellant,<br><br>V.<br><br>CITY AND COUNTY OF SAN FRANCISCO; ANTONIO FLORES; DON SLOAN MARSHA ASHE,<br><br>　　　　Defendants - Appellees. | No.  08-16820<br><br>D.C. No.  3:07-cv-02569-CRB<br>Northern District of California,<br>San Francisco<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **Fri., August 22, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Tue., September 2, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Thu., September 11, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Tue., October 14, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |
| **Fri., November 28, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |

**Mon., December 29, 2008**   The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

                                                  FOR THE COURT:
                                                  Molly C. Dwyer
                                                  Clerk of Court

                                                  RT

                                                  Ruben Talavera
                                                  Deputy Clerk



Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

August 14, 2008

| | |
|---|---|
| CA9 Docket No.: | 08-16820 |
| Agency Number: | 3:07-cv-02569-CRB |
| Short Title: | Clifford Cook v. City and County of San Francisco, et al. |

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**